IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

<table>
<tr><td>CORNELIUS O. JACKSON,</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>Plaintiff,</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td>CIVIL ACTION NO.</td></tr>
<tr><td>v.</td><td>)</td><td>2:15cv32-MHT</td></tr>
<tr><td></td><td>)</td><td>(WO)</td></tr>
<tr><td>SHERIFF JOHN WILLIAMS,</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>Defendant.</td><td>)</td><td></td></tr>
</table>

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state
inmate held at the Lowndes County Jail, filed this
lawsuit complaining that he was denied access to a law
library and to get a GED while at the jail. This
lawsuit is now before the court on the recommendation
of the United States Magistrate Judge that plaintiff's
case be dismissed. There are no objections to the
recommendation. After an independent and de novo
review of the record, the court concludes that the
magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 13th day of July, 2015.

      /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE